
**BURSOR & FISHER, P.A.**
Yeremey Krivoshey (State Bar No. 295032)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ykrivoshey@bursor.com
              fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS RUIZ, individually and on behalf and all others similarly situated,<br><br>                                  Plaintiff,<br>v.<br><br>MAGIC MOUNTAIN LLC, SIX FLAGS THEME PARK INC., and SIX FLAGS ENTERTAINMENT CORPORATION,<br><br>                                  Defendants. | Case No. 2:20-cv-03436-DOC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1     NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the
Federal Rules of Civil Procedure, Plaintiff Francis Ruiz, by and through his undersigned counsel of record, hereby dismisses his claims against Defendants Magic Mountain LLC, Six Flags Theme Parks Inc., and Six Flags Entertainment Corporation, without prejudice.

Dated: October 27, 2020      Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:      */s/ Yeremey Krivoshey*
          Yeremey Krivoshey

Yeremey Krivoshey (State Bar No. 295032)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ykrivoshey@bursor.com
        fklorczyk@bursor.com

*Attorneys for Plaintiff*